**596**

The People of the State of New York, Respondent, v. Anthony Ambrosia, Appellant.— No opinion.

Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

The People of the State of New York, Respondent, v. Emanuel De Maio, Appellant.— No opinion. Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

The People of the State of New York, Respondent, v. Lloyd Jackson, Appellant.— No opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

The People of the State of New York, Respondent, v. Raphael Mosca- relli, Appellant.— No opinion. Nolan, P. J., Johnston, Adel and MacCrate, JJ., concur; Wenzel, J., dissents and votes to reverse the judgment and to dismiss the information.

The People of the State of New York, Respondent, v. Milton Senfeld, Appellant.— No opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

The People of the State of New York, Respondent, v. Charles Woods, Appellant.— No opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.